THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BRUCE ALLISON, Defendant-Appellant.

(No. 72-35; ■■■■■■

Second District—November 8, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.